UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KAI HUNTE

                Plaintiff,

      v.

66 PEARL STREET, LLC,

                Defendant.

25-cv-8371 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    This case has been assigned to me for all purposes. It is hereby:

    ORDERED that, within thirty (30) days of service of the summons and complaint, the parties must meet and confer for at least one hour in a good-faith attempt to settle this action. To the extent the parties are unable to settle the case themselves, they must also discuss whether further settlement discussions through the district's court-annexed mediation program or before a magistrate judge would be productive at this time.

    IT IS FURTHER ORDERED that within fifteen (15) additional days (i.e., within forty-five (45) days of service of the summons and complaint), the parties must submit a joint letter requesting that the Court either (1) refer the case to mediation or a magistrate judge (and indicate a preference between the two options), or (2) schedule an initial status conference in the matter.

SO ORDERED.

Dated:    October 15, 2025
            New York, New York

_____
Ronnie Abrams
United States District Judge