UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAI HUNTE,

                    Plaintiff,

         v.

66 PEARL STREET, LLC,

                   Defendant.

25-cv-8371 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On March 6, 2026, the Court granted Plaintiff's application to stay all deadlines for sixty days to allow the parties to finalize settlement and file dismissal papers.  To date, no such papers have been filed.

The parties shall submit dismissal papers or a joint status letter no later than May 18, 2026. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    May 11, 2026
            New York, New York

Ronnie Abrams
United States District Judge